IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:04-CV-735-BO

| | |
|---|---|
| CHUKWUMA E. AZUBUKO,<br>      Plaintiff,<br><br>v.<br><br>THE UNITED STATES DISTRICT<br>COURT, NORTHERN DISTRICT OF<br>GEORGIA AND THE ELEVENTH<br>CIRCUIT,<br>      Defendants. | O R D E R |

This matter is before the Court on Plaintiff Chukwuma Azubuko's Second Motion for Reconsideration [DE 48]. Mr. Azubuko seeks reconsideration of this Court's Order of November 8, 2011, denying his motion for relief from judgment as untimely. For the reasons stated in this Court's Order of February 2, 2012 [DE 47], Mr. Azubuko's Motion is DENIED.

SO ORDERED. This 27 day of February, 2012.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE